IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Ayomide J. Aderemi**

| | |
|---|---|
| Case No.: | 20-11784 |
| Chapter: | 13 |
| Hearing Date: | February 27, 2020 |
| Judge: | John K. Sherwood |

## NOTICE OF MOTION TO TRANSFER VENUE

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter, has filed papers with the Court to **Transfer Venue.**

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult one).**

If you do NOT want the court to grant this motion, or if you want the Court to consider your views, you or attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date:

Hearing Date:          **February 27, 2020**
Hearing Time:          **10:00am**
Hearing Location:    **Martin Luther King, Jr. Federal Building**
                              **50 Walnut Street, 3rd Floor**
                              **Newark, NJ 07102**

Courtroom Number:       **3D**

If you mail your response to the clerk for filing, you must mail it early enough so the Court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to each of the following:

**Marie-Ann Greenberg, Trustee**          **Sadek and Cooper Law Office**
**30 Two Bridges Road**                          **1315 Walnut Street – Suite 502**
**Suite 330**                                            **Philadelphia, PA 19107**
**Fairfield, NJ 07004**

If you or your attorney do not take the steps outlined above, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   February 27, 2020                         /s Brad J. Sadek
                                                              Brad J. Sadek, Esquire
                                                              Attorney for Debtor